**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS-STEARNS

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  ELC Health Care LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  20-1557661

**4. Debtor's address**

Principal place of business

1925 N. Harlem Ave
Suite 108
Elmwood Park, IL 60707
Number, Street, City, State & ZIP Code

Cook
County

Mailing address, if different from principal place of business

_____
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

_____
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)  elchealthcare.com

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **ELC Health Care LLC** _____  Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    __6216__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Debtor **ELC Health Care LLC** _____  Case number (*if known*) _____
    Name

**11. Why is the case filed in *this district?***    *Check all that apply:*

    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
    Contact name _____
    Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **ELC Health Care LLC**                                                    Case number (*if known*)
Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 11, 2016**
MM / DD / YYYY

**X /s/ Irish Malaga**                                                         **Irish Malaga**
Signature of authorized representative of debtor                              Printed name

Title   **Authorized Bankruptcy Representative**

**18. Signature of attorney**

**X /s/ Matthew Lee Stone**                                                    Date **April 11, 2016**
Signature of attorney for debtor                                                   MM / DD / YYYY

**Matthew Lee Stone**
Printed name

**Schneider & Stone**
Firm name

**8424 Skokie Blvd.**
**Suite 200**
**Skokie, IL 60077**
Number, Street, City, State & ZIP Code

Contact phone   **847-933-0300**         Email address   **ben@windycitylawgroup.com**

**6297720**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **ELC Health Care LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS-STEARNS** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Allscripts<br>8700 W. Bryn Mawr Ave.<br>Chicago, IL 60631 | | | | | | $11,154.00 |
| Carroll, Hartigan & Cerney, Ltd.<br>218 N Jefferson St. Ste. 102<br>Attn: Mary Jo O'Donnell<br>Chicago, IL 60661 | | | | | | $16,075.00 |
| Donald Jarvis & Co.<br>555 E Butterfiled Rd. Ste 203<br>Lombard, IL 60148 | | | | | | $17,700.00 |
| Elizabeth Salva<br>1107 Longfond Dr<br>Westmont, IL 60559 | | | | | | $37,000.00 |
| Global Insight Solutions<br>2010 N Harlem Ave<br>Elmwood Park, IL 60707 | | | | | | $13,000.00 |
| Grimble & LoGuidice, LLC<br>217 Brodway-304<br>Attn: Robin LoGuidice<br>New York, NY 10007 | | | | | | $20,500.00 |
| Illinois Dept. of Employment Sec.<br>33 S. State St. 10th Floor<br>Attn: Sandra Santillan<br>Belleville, IL 62226 | | | | | | $37,263.04 |

Debtor **ELC Health Care LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Internal Revenue Service** PO Box 7346 Philadelphia, PA 19101-7346 | | | | | | $1,863,221.48 |
| **Jaffe & Asher LLP** 600 Thrid Ave New York, NY 10016 | | | | | | $33,000.00 |
| **Jaybee Lallave** 2827 W Summerdale Chicago, IL 60625 | | | | | | $9,500.00 |
| **Law Office of Arthur J. Data III** 9959 S. Roberts Rd Attn: Arthur J. Data Esq. Palos Hills, IL 60465 | | | | | | $20,000.00 |
| **Lohman, Neschis & Tolianto, LLC** 2400 E Devon Ave Ste 284 Des Plaines, IL 60018 | | **Legal Services** | | | | $15,179.00 |
| **Lorren Dalesky** PO Box 2149 Gig Harbor, WA 98335 | | | | | | $29,000.00 |
| **Mark Grochocinski** 9654 W 131st St Ste 414 Chicago, IL 60664 | | | | | | $10,305.00 |
| **Oasis Therapy, Inc.** 2000 McDonald Rd Ste. 200 South Elgin, IL 60177 | | | | | | $9,815.96 |
| **Olson Law Offices, PC** 161 N Clark, Ste. 2550 Chicago, IL 60601 | | | | | | $28,658.96 |
| **Quest Physical Therapy** 5835 W Montrose Ave. Chicago, IL 60634 | | | | | | $25,640.00 |
| **Wide Merchant Group** 3580 Wilshire Blvd., Suite 160 Attn: Kelly Marcus Los Angeles, CA 90010 | | | | | | $11,445.20 |

Debtor **ELC Health Care LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Yellowstone Capital LLC**<br>**160 Pearl St**<br>**Attn: Chad Roche**<br>**New York, NY 10005** | | | | | | **$19,596.00** |
| **ZKT Law**<br>**70 E Lake St**<br>**Ste. 1200**<br>**Chicago, IL 60601** | | | | | | **$11,430.00** |

ABC Physical Therapy & Rehab, Inc.
10139 Harlem Ave
Chicago Ridge, IL 60415


ABF Therapy
PO Box 9544
Naperville, IL 60567


Allscripts
8700 W. Bryn Mawr Ave.
Chicago, IL 60631


Caring Therapeutics, PC
16162 S. Ellis
c/o Gary M. Kure
South Holland, IL 60473


Carroll, Hartigan & Cerney, Ltd.
218 N Jefferson St. Ste. 102
Attn: Mary Jo O'Donnell
Chicago, IL 60661


Check Changers
25 Huehl Rd
Bldg 2
Northbrook, IL 60062


Cloud & Willis, LLC
201 Beacon Parkway West
Ste. 400
Birmingham, AL 35209


ComEd
PO Box 6111
Carol Stream, IL 60197


Copierland
2151 W Roscoe St
1E
Chicago, IL 60618


Diamond Insurance Group, Ltd.
1051 Perimeter Dr.
Ste. 1100
Schaumburg, IL 60173

Donald Jarvis & Co.
555 E Butterfiled Rd.
Ste 203
Lombard, IL 60148


Dressler & Peters, LLC
111 W. Washington
Suite 1900
Chicago, IL 60602


Elizabeth Salva
1107 Longfond Dr
Westmont, IL 60559


Global Insight Solutions
2010 N Harlem Ave
Elmwood Park, IL 60707


Grimble & LoGuidice, LLC
217 Brodway-304
Attn: Robin LoGuidice
New York, NY 10007


Illinois Dept. of Employment Sec.
33 S. State St. 10th Floor
Attn: Sandra Santillan
Belleville, IL 62226


Immigration Attonerys LLP
203 N Lasalle St
Ste. 1550
Chicago, IL 60601


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Irish Malana
50 Ruggles Ct
Orland Park, IL 60467


Jaffe & Asher LLP
600 Thrid Ave
New York, NY 10016

Jaybee Lallave
2827 W Summerdale
Chicago, IL 60625


John Hutchens
4361 Hamby Rd.
Georgetown, IN 47122


Law Office of Arthur J. Data III
9959 S. Roberts Rd
Attn: Arthur J. Data Esq.
Palos Hills, IL 60465


Leon J. Teichner & Associates
180 N. LaSalle St
Ste. 2900
Chicago, IL 60601


Lohman, Neschis & Tolianto, LLC
2400 E Devon Ave
Ste 284
Des Plaines, IL 60018


Lorren Dalesky
PO Box 2149
Gig Harbor, WA 98335


Mages and Price
707 Lake Cook Rd.
#314
Deerfield, IL 60015


Mark Grochocinski
9654 W 131st St
Ste 414
Chicago, IL 60664


McCarthy, Burgess & Wolff
26000 Cannon Rd
Bedford, OH 44146


MedPro Services c/o Ryan Jambeau
1701 N Larkin Ave
Ste.319
Crest Hill, IL 60403

MedPro Services, Inc.
19992 Kelly Rd
Harper Woods, MI 48225


Norma Andersen
7601 Rorer Dr
Downers Grove, IL 60516


Oasis Therapy, Inc.
2000 McDonald Rd
Ste. 200
South Elgin, IL 60177


Olson Law Offices, PC
161 N Clark, Ste. 2550
Chicago, IL 60601


Pearl Capital Rivis Ventures, LLC


Quest Physical Therapy
5835 W Montrose Ave.
Chicago, IL 60634


Relias
111 Corning Rd
Ste 250
Cary, NC 27518


Relias
111 Corning Rd.
Ste. 250
Cary, NC 27518


Ronald Lallave
2827 W Summerdale
Chicago, IL 60625


T-Mobile
PO Box 742596
Cincinnati, OH 45274

```
Wide Merchant Group
3580 Wilshire Blvd., Suite 160
Attn: Kelly Marcus
Los Angeles, CA 90010


Y. Judd Azulay
203 N. Lasalle St.
Ste 284
Chicago, IL 60601


Yellowstone Capital LLC
160 Pearl St
Attn: Chad Roche
New York, NY 10005


ZKT Law
70 E Lake St
Ste. 1200
Chicago, IL 60601
```

# United States Bankruptcy Court
**Northern District of Illinois-Stearns**

In re  **ELC Health Care LLC**  
Debtor(s)

Case No.  
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **ELC Health Care LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 11, 2016**  
Date

**/s/ Matthew Lee Stone**  
**Matthew Lee Stone**  
Signature of Attorney or Litigant  
Counsel for **ELC Health Care LLC**  
**Schneider & Stone**  
**8424 Skokie Blvd.**  
**Suite 200**  
**Skokie, IL 60077**  
**847-933-0300 Fax:847-676-2676**  
**ben@windycitylawgroup.com**